# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156128(115)

GARY HENRY and KATHY HENRY,
Plaintiffs-Appellees,

v

SC: 156128
COA: 328716
Saginaw CC: 03-047775-NZ

DOW CHEMICAL COMPANY,
Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 18, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017



Clerk